Kevin Michael Knope Complaint

In the United States District

Court for the Western District

of Wisconsin

Plaintiff

Kevin Michael Knope

VS

Defendants

Abigail Pierrepont Johnson

Anthony Clement Koblinski

A. Parties

1. Plaintiff Kevin Michael Knope

is a citizen of Wisconsin and

resides at 508 West Main Street #9

Sun Prairie, 53590

2. Defendant Abigail Johnson is a citizen of Massachusetts and resides at Boston and worked for Fidelity Investments US245 Summer Street, Boston, MA-02210-1133

Defendant Anthony Koblinski is a citizen of Wisconsin and his address is unknown and worked for Madison Kipp Corporation 201 Waubesa Street, Madison, WISCONSIN 53704

B. Statement of Claim

Tony Koblinski and Abigail Johnson conspired to injure my business Mr. Knope's Innovative Solutions, oppress my unalienable Right to the Pursuit of Happiness, and intimidated me by threat of coercion. The initiation of this act occurred April 15th, 2016 and it happened by phone with Fidelity and on and near Madison Kipp Corporation Grounds and by telephone with Tony Koblinski. They perpetrated this act because

they both wear hubris on their hearts and have a false sense of entitlement with no respect for the Rights of their Fellow Man.

C. Jurisdiction

I am suing for a violation of federal law under 18 U.S.C. § 241

D. Relief Wanted

When I win my suit I demand that both Abigail Johnson and Anthony Koblinski liquidate and relinquish all of their personal assets to me directly and each

of them write a personal letter of apology to me and a public admission of wrongdoing.

E. Jury Demand

I wish to proceed in Joint Trial by Judge only

With Honor Respectfully Submitted,

phone number: 1-608-692-0680

email address: TriumphantJudge@gmail.com

Mailing Address: 508 West Main Street #9

Sun Prairie, WI 53590