IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN KNOPE,

    Plaintiff,       JUDGMENT IN A CIVIL CASE

v.       16-cv-380-wmc

FMR LLC and MADISON KIPP
CORPORATION,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

/s/                                            5/16/2017

Peter Oppeneer, Clerk of Court            Date